BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-cr-00478-LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| v. | ) | |
| | ) | DATE: October 28, 2011 |
| YESENIA RAMIREZ, | ) | TIME: 10:00 a.m. |
| | ) | CTRM: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Sentencing in this matter is currently set for October 21, 2011.  The parties stipulate that the sentencing should be continued one week, to **October 28, 2011, at 10:00 a.m**.  The reason for this request is that the attorney for the government will be out of the district on the date currently set for sentencing.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: October 12, 2011   By:      /s/ Mark J. McKeon
                                        MARK J. McKEON

1

```
                                        Assistant U.S. Attorney

DATED: October 12, 2011                   /s/ Randy E. Thomas
                                        RANDY E. THOMAS
                                        Attorney for Defendant


                              ORDER

The unavailability of counsel constitutes good cause.

The request and stipulation is granted.

IT IS SO ORDERED.
```

**Dated:   October 13, 2011**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2