**CURTIS B. SOK, State Bar No. 202052**
**Law Office of Curtis B. Sok**
**1713 Tulare Street, Ste. 213**
**Fresno, CA 93721**
**559-374-2058(Tel.)/579-1530(fax)**

**Attorneys for Yesenia Ramirez**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case No.: 1:10-CR-00478-LJO** |
| **Plaintiff,** | ) **ORDER** |
| **vs.** | ) |
| **Yesenia Ramirez** | ) |
| **Defendant** | ) |

_____

**IT IS SO ORDERED that:**

The 1st Status Conference Hearing on March 21, 2014 at 11:00 a.m. (special time set) before Judge McAuliffe is continued, pursuant to Stipulation (Doc. 27), in the above-entitled matter to Tuesday, April 8, 2014 in Courtroom 8 at 1:30 p.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **February 26, 2014**       /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE