**CURTIS BONGHOON SOK, State Bar No. 202052**
**Law Office of Curtis Sok**
**1713 Tulare Street, Ste. 213**
**Fresno, CA 93721**
**559-374-2058(Tel.)/579-1530(fax)**

**Attorneys for Yesenia Ramirez**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No.: 1:10-CR-00478-LJO** |
| ) | |
| **Plaintiff,** ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **Yesenia Ramirez** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**IT IS SO ORDERED that:**

The 1st Status Conference Hearing re Violation of Supervised Release is continued from April 10, 2014 to April 17, 2014 at **9:30 a.m.**, special set, in Courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated:  **April 9, 2014**            /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE